UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARY ERICKSON, | ) | Case No. 5:13-cv-02191-PSG |
|---|---|---|
| Plaintiffs, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | **(Re: Docket No. 3)** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

The docket reflects that Plaintiff Mary Erickson has not completed the social security procedural order issued in this case. In particular, Erickson never served and filed "a motion for summary judgment or for remand within 28 days of service of defendant's answer."[1] Nor has the government sought dismissal of this case for failure to prosecute. The docket has remained inactive for over 10 months. The court will now break the impasse: Erickson shall show cause in writing within 21 days why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

[1] See Docket No. 3 at ¶ 2.

Case No. 5:13-cv-02191-PSG
ORDER TO SHOW CAUSE

1

United States District Court
For the Northern District of California