UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY ERICKSON,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 5:13-cv-02191-PSG<br><br>**ORDER DISMISSING CASE**<br><br>**(Re: Docket No. 3, 15)** |

Plaintiff Mary Erickson did not complete the social security procedural order in this case, that is, filing "a motion for summary judgment or for remand within 28 days of service of defendant's answer."[1] The government did not seek dismissal of this case for failure to prosecute, and the docket remained inactive for over 10 months. On August 15, 2014 the court ordered Erickson to show cause in writing within 21 days why the case should not be dismissed for failure to prosecute.[2] Erickson did not respond. As a result, the court now dismisses Erickson's case for lack of prosecution.

---

[1] *See* Docket No. 3 at ¶ 2.

[2] *See* Docket No. 15.

Case No. 5:13-cv-02191-PSG
ORDER DISMISSING CASE

1

**IT IS SO ORDERED.**

Dated: September 19, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge